876

the United States Emergency Court of Appeals denied. *Mr. Walter. F. Brown* for petitioners. *Assistant Solicitor General Cox* and *Mr. Richard H. Field* for respondent.

No. 1265. CHAPMAN PRICE STEEL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Loren E. Souers* and *Albert B. Arbaugh* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Newton K. Fox* for respondent.

No. 1170. IN RE SLATTERY. June 11, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Wm. Henry Gallagher* for petitioner. *Messrs. Kim Sigler, Victor C. Anderson* and *H. H. Warner* were on a brief in opposition.

No. 1193. WISCONSIN ALUMNI RESEARCH FOUNDA-TION *v.* VITAMIN TECHNOLOGISTS, INC. ET AL. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George I. Haight* and *Frank Parker Davis* for petitioner. *Messrs. R. Welton Whann* and *Robert M. McManigal* for respondents.

No. 1249. LEHRER *v.* NICKOLOPULOS. June 11, 1945. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940),